UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-cv-60082-DIMITROULEAS/SNOW

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,
v.

FREDERIC ELM f/k/a FREDERIC ELMALEH, et al.,

    Defendants,
_____ )

## RECEIVER'S SUPPLEMENT TO FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES INCURRED BY THE RECEIVER AND RETAINED COUNSEL

Receiver Grisel Alonso, not individually, but solely in her capacity as Court-appointed receiver ("Receiver") for Elm Tree Investment Advisors, LLC, Elm Tree Investment Fund LP, Elm Tree "e"Conomy Fund LP, and Elm Tree Motion Opportunity LP (collectively, the "Receivership Entities"), pursuant to the Order to Supplement Motion [DE 107], files this Supplement to the Receiver's First Interim Application for Allowance and Payment of Fees and Expenses Incurred by the Receiver and Retained Counsel [DE 102], and states as follows:

    1.    On June 30, 2015, the Receiver filed her First Interim Application for Allowance and Payment of Fees and Expenses Incurred by the Receiver and Retained Counsel (the "First Interim Application") [DE 102], requesting that the Court authorize the payment of $173,035.94 in fees and costs to the Receiver and her paraprofessionals at Michael Moecker and Associates, Inc. ("MMA") and $88,705.37 in fees and costs to the Receiver's counsel, Broad and Cassel ("B&C"), and requesting that the Court authorize the Receiver to distribute from the Receivership Estate funds to her retained counsel and paraprofessionals.

BROAD and CASSEL
One Biscayne Tower, 21st Floor  2 South Biscayne Blvd. Miami, Florida  33131-1811  305.373.9400

2. On July 27, 2015, the Court entered an Order to Supplement Motion, ordering that the Receiver shall, within 14 days from the date of the Order, supplement the First Interim Application by filing with the Court the information required by paragraphs (5) and (6) of S.D. Fla. Local Rule 7.3(a). D.E. 107. S.D. Fla. Local Rule 7.3(a) states that a motion for attorneys' fees and/or non-taxable expenses and costs:

> (5) provide:
>
>> (A) the identity, experience, and qualifications for each timekeeper for whom fees are sought;
>> (B) the number of hours reasonably expended by each such timekeeper;
>> (C) a description of the tasks done during those hours; and
>> (D) the hourly rate(s) claimed for each timekeeper;
>
> (6) describe and document with invoices all incurred and claimed fees and expenses not taxable under 28 U.S.C. § 1920.

S.D. Fla. Local Rule 7.3(a).

3. In *Hensley v. Eckerhart*, 461 U.S. 424, 433 (1983), the United States Supreme Court identified the "starting point for determining a reasonable fee is the number of hours reasonable expended on the litigation multiplied by a reasonable hourly rate." This approach, known as the "lodestar" method, has achieved dominance in the federal courts after *Hensely*. *Perdue v. Kenny A.*, 559 U.S. 542, 551 (2010).

4. The Receivership Order entered on January 16, 2015 [DE 13] provides that the "Receiver, and any counsel whom the Receiver may select, are entitled to reasonable compensation from the assets now held by or in the possession or control of or which may be received by ETIA and the Elm Tree Funds; said amount or amounts of compensation shall be commensurate with their duties and obligations under the circumstances, subject to approval of the Court." DE 13 ¶ 14.

BROAD and CASSEL
One Biscayne Tower, 21st Floor   2 South Biscayne Blvd. Miami, Florida   33131-1811   305.373.9400

2

5. The Receivership Order also provides that the Receiver may "[m]ake or authorize such payments and disbursements from the funds and assets taken into control, or thereafter received by the Receiver, and incur, or authorize the incurrence of, such expenses and make, or authorize the making of, such agreements as may be reasonable, necessary, and advisable in discharging the Receiver's duties". DE 13 ¶ 8.

6. MMA submitted its invoice for professional services as Exhibit 2 to the First Interim Application. DE 102-2. The invoice summarizes the lodestar amount from January 16, 2015 through March 31, 2015, and contains detailed descriptions of the work performed by each timekeeper, by date, the amount of time worked, and the lodestar amount for the day by timekeeper. Page 42 of the invoice contains a summary of the hours worked by each timekeeper.

7. MMA submitted its summary of incurred expenses as Exhibit 3 to the First Interim Application. DE 102-3. Although the Receivership Order specifically provides for payment of such expenses, the Receiver is seeking approval for payment of expenses in the amount of $7,367.19. Of that total amount, MMA has paid the amount of $5,201.01, for which the Receiver is seeking approval to reimburse MMA for the outlay of these funds on behalf of the Receivership. Descriptions for all incurred and claimed expenses by MMA are set forth on Exhibit 3 to the First Interim Fee Application and the corresponding invoices and receipts are attached as **Composite Exhibit A**.

8. The identity, experience, and qualifications for each timekeeper at MMA for whom fees are sought is as follows:[1]

---

[1] This Supplement includes information for each timekeeper for whom fees are sought, and does not include information for Phil von Kahle, whose hours on the case were reflected in the First Interim Application but which fees are not being sought by the Receiver and were not charged.

BROAD and CASSEL
One Biscayne Tower, 21st Floor   2 South Biscayne Blvd. Miami, Florida  33131-1811   305.373.9400

3

a. Grisel Alonso: Ms. Alonso has over 28 years of experience in complex civil financial litigation, specializing in insolvency, liquidation, and related litigation. She was admitted to practice law in Florida in 1987 and is a former Assistant United States Attorney in the Southern District of Florida in the Civil Division. She has been the Director of Receivership and Fiduciary Services at MMA since 2014 and acts as a court-appointed fiduciary in federal and state courts and manages and oversees the case management of the MMA's fiduciary cases.

b. Dick Haslam: Mr. Haslam has been a case administrator at MMA for over four years and has experience in supporting MMA's court-appointed fiduciaries with asset analysis and recovery, asset disposition, business operations, case administration, securing records, data analysis, and identifying potential clawbacks and causes of action for the fiduciaries to pursue.

c. Steven Zuckerman: Mr. Zuckerman has over 20 years of experience as a financial analyst with MMA in the areas of asset identification, recovery, and data analysis.

d. William Straka: Mr. Straka has been a case associate with MMA for over two years and has experience in providing support in the areas of asset recovery, logistics, and chain of custody custodianship.

e. Kimberly Koebel: Ms. Koebel has been a case analyst with MMA for two years with experience in case administration, asset analysis, and data analysis.

f. Giselle Crombie: Ms. Crombie has eight years of experience at MMA as a case assistant in the area of website creation and maintenance for receivership cases.

BROAD and CASSEL
One Biscayne Tower, 21st Floor   2 South Biscayne Blvd. Miami, Florida  33131-1811   305.373.9400

4

g. Norma Castellon: Ms. Castellon has over 10 years of experience at MMA as a case assistant in the areas of asset identification research, postal change orders, mail processing, and maintenance of mail logs.

9. MMA has devoted 762.45 hours to this Receivership action between January 16, 2015 and March 31, 2015 for which the Receiver seeks compensation. A summary of each timekeeper's rates, hours, and lodestar is reflected in the table below:

| Name | Rate | Hours | Lodestar |
|---|---|---|---|
| Grisel Alonso | $295.00 | 285.40 | $84,193.00 |
| Dick Haslam | $225.00 | 243 | $54,675.00 |
| Steven Zuckerman | $195.00 | 43.10 | $8,404.50 |
| William Straka | $125.00 | 93.50 | $11,687.50 |
| Kimberly Koebel | $75.00 | 73.45 | $5,508.75 |
| Giselle Crombie | $50.00 | 11 | $550.00 |
| Norma Castellon | $50.00 | 13 | $650.00 |
| **TOTALS** | | **762.45** | **$165,668.75** |

10. A detailed description of the tasks performed by each timekeeper at MMA for whom the Receiver is seeking payment can be found on Exhibit 2 to the First Interim Application, DE 102-2. A summary of those tasks, by timekeeper, is as follows: (1) Grisel Alonso: asset analysis and recovery, asset disposition, analysis of potential claw-back actions, preparation of reports to the Court and SEC, noticing investors and handling investor inquiries, conferences with SEC and defense counsel and counsel for third parties, and legal liaison; (2) Dick Haslam: case administration, asset investigation, asset analysis and recovery, business operations, identification of potential claw-back targets, and data analysis; (3) Steven Zuckerman: analysis of bank and brokerage accounts and analysis of investor deposits and payments; (4) William Straka: asset recovery, logistics, and chain of custody custodian; (5) Kimberly Koebel: case administration, asset analysis, and data analysis; (6) Giselle Crombie:

BROAD and CASSEL
One Biscayne Tower, 21st Floor   2 South Biscayne Blvd. Miami, Florida  33131-1811   305.373.9400

5

receivership case website creation and maintenance; (7) Norma Castellon: asset identification research, postal change orders, and maintenance of mail log.

11. The Receiver respectfully submits that the hours and discounted rates billed for the timekeepers at MMA are reasonable. The Receiver has discounted her regular hourly rate of $350.00 to $295.00 and the regular hourly rates of her staff at MMA to $50.00 to $225.00.

12. B&C submitted its Statement of Account as Exhibit 4 to the First Interim Application. DE 102-4. The Statement of Account, on the first page, summarizes the lodestar amount and the total expenses incurred from January 16, 2015 through March 31, 2015. Pages 3 through 38 of the Statement of Account contain detailed descriptions of the work performed by B&C's timekeepers, by date, the amount of time worked, and the lodestar amount for the day by timekeeper. Page 38 of the Statement of Account contains a summary of the hours worked by lawyer or paralegal. Pages 39 through 43 of the Statement of Account itemize the expenses incurred by B&C in the amount of $2,685.37. Descriptions of the expenses incurred and claimed by B&C are set forth on pages 39-43 of Exhibit 4 to the First Interim Application and the corresponding invoices and receipts are attached as **Composite Exhibit B**.

13. The identity, experience, and qualifications for each timekeeper at B&C for whom fees are sought is as follows:

   a. Richard B. MacFarland: Mr. MacFarland is a partner at B&C who was admitted to practice law in New York in 1972 and in Florida in 1980. He is the Chairman of the firm's Real Estate Practice Group, the Co-Chairman of the firm's Special Assets Practice Group and a member of the Public Finance and Capital Projects Practice Group. He has extensive experience in all aspects of real estate law.

BROAD and CASSEL
One Biscayne Tower, 21st Floor   2 South Biscayne Blvd. Miami, Florida   33131-1811   305.373.9400

6

b. Daniel S. Newman: Mr. Newman is a partner at B&C who was admitted to practice law in Florida and New York in 1992. He is a member of the firm's Commercial Litigation, Construction Law and Litigation, Corporate and Securities, and White Collar Defense and Compliance Practice Groups. Mr. Newman has extensive experience in complex, business, securities and construction litigation and has served as counsel to court-appointed Receivers and served as a court-appointed Receiver, including in actions brought by the United States Securities and Exchange Commission. He began his career as an attorney with the SEC's New York Regional Office, in the Division of Enforcement.

c. K. Michelle Jessell: Ms. Jessell is Of Counsel at B&C and was admitted to practice law in Florida in 1997. She is a member of the firm's Banking and Institutional Lending Real Estate Practice Group and specializes in real estate, lending and related transaction.

d. Amanda Star Frazer: Ms. Frazer is Senior Counsel at B&C. She was admitted to practice law in Florida in 2007 and in the District of Columbia in 2014. She is a member of the firm's Commercial Litigation and Real Estate Litigation Practice Groups and specializes in commercial litigation, real estate litigation and fraud.

e. Christopher Cavallo: Mr. Cavallo is an associate at B&C and was admitted to practice law in Florida in 2011. He is a member of the firm's Commercial Litigation and White Collar Defense and Compliance Practice Groups and has experience in commercial litigation and white collar criminal defense.

f. Melissa Gomberg: Ms. Gomberg is an Associate at B&C where she is a member of the firm's Commercial Litigation and Real Estate Practice Groups. She was

BROAD and CASSEL
One Biscayne Tower, 21st Floor   2 South Biscayne Blvd. Miami, Florida  33131-1811   305.373.9400

7

    admitted to practice law in Florida in 2007 and has experience in complex commercial litigation.

  g. Trish Anzalone: Ms. Anzalone is a paralegal at B&C. She has been with the firm since 1999 and has extensive experience in administration of receivership cases, preparation of discovery, and document production, collection and review.

14. B&C has devoted 376.8 hours to this Receivership action from January 16, 2015 through March 31, 2015, for which the Receiver seeks compensation. A summary of each timekeeper's rates, hours, and lodestar is reflected in the table below:

| Name | Rate | Hours | Lodestar |
| --- | --- | --- | --- |
| Richard B. MacFarland | $325.00 | 4.5 | **$1,462.50** |
| Daniel S. Newman | $325.00 | 111.1 | **$36,107.5*** <br><br> *Discounted amount on bill is $35,067.50[2] |
| K. Michelle Jessell | $325.00 | 4 | **$1,300.00** |
| Amanda Star Frazer | $325.00 | 53.2 | **$17,290.00** |
| Christopher Cavallo | $275.00 | 34.4 | **$9,460.00** |
| Melissa Gomberg | $275.00 | 1.6 | **$440.00** |
| Trish Anzalone | $125.00 | 168 | **$21,000.00** |
| TOTALS | | **376.8** | **$86,020.00** |

15. A detailed description of the tasks performed by each timekeeper at B&C for whom the Receiver is seeking payment can be found on Exhibit 4 to the First Interim Application, DE 102-4. A summary of those tasks is as follow: (1) Richard B. MacFarland: analysis of real estate issues and preparation and review of real estate documents; (2) Daniel S. Newman: analysis of legal issues and strategy, asset investigation, preparation and review of litigation materials including motions, discovery materials, and other related filings; conferences with SEC and defense counsel and counsel for third parties, and analysis of potential claw-back

---

[2] Mr. Newman did not charge for various tasks identified on the detailed time sheets.

BROAD and CASSEL
One Biscayne Tower, 21st Floor   2 South Biscayne Blvd. Miami, Florida  33131-1811   305.373.9400

8

and recovery actions; (3) K. Michelle Jessell: analysis of real estate issues and preparation of real estate documents; (4) Amanda Star Frazer: analysis of legal issues, asset investigation, preparation and review of litigation materials, conferences with SEC and defense counsel and counsel for third parties, and analysis of potential claw-back and recovery actions; (5) Christopher Cavallo: asset investigation and preparation of litigation materials; (6) Melissa Gomberg: asset investigation and preparation of litigation materials; and (7) Trish Anzalone: preparation of discovery and analysis, collection and maintenance of document production.

16. The Receiver respectfully submits that the hours and discounted rates billed for the timekeepers at B&C are reasonable. B&C has discounted its regular rates for this matter as follows: Daniel Newman has discounted his regular rate of $530.00 to $325.00, Richard MacFarland has discounted his regular rate of $495.00 to $325.00, Amanda Star Frazer has discounted her regular rate of $340.00 to $325.00, Chris Cavallo has discounted his regular rate of $335.00 to $275.00, and Melissa Gomberg has discounted her regular rate of $300.00 to $275.00.

17. Further, the Court's Order dated January 22, 2015 [DE 16] granting the Receiver's Motion to Employ Legal Counsel [DE 15] states that the "Receiver is authorized to retain the law firm of Broad and Cassel to serve as legal counsel to the Receiver, at the rates set forth in the Motion." DE 16 at p.2. The Receiver's Motion to Employ Legal Counsel states that partners and of-counsel of B&C will be billed at the discounted hourly rate of $325.00, firm associates would be capped at $275.00, and paralegals of the firm will be billed at $125.00. DE 15 at pp. 3-4.

18. Based on the above, the Receiver respectfully requests that the Court grant the First Interim Application and authorize the payment of $165,668.75 in fees and $5,201.01 in

BROAD and CASSEL
One Biscayne Tower, 21st Floor   2 South Biscayne Blvd. Miami, Florida  33131-1811   305.373.9400

9

expenses to the Receiver and her paraprofessionals at MMA and $86,020.00 in fees and $2,685.37 in expenses to the Receiver's retained counsel at B&C from Receivership Estate funds.

Respectfully submitted,

**BROAD AND CASSEL**
Attorneys for Receiver
2 South Biscayne Boulevard, 21st Floor
Miami, FL 33131
Tel: (813) 225-3011
Fax: (813) 204-2137

By:   *s/Daniel S. Newman*
     Daniel S. Newman, P.A.
     Florida Bar No. 0962767
     dnewman@broadandcassel.com
     Amanda Star Frazer, Esq.
     Florida Bar No. 43921
     afrazer@broadandcassel.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 10, 2015, a true and correct copy of the foregoing was served via electronic transmission on all counsel or parties of record on the Service List below.

By:   *s/Daniel S. Newman*
     Daniel S. Newman, P.A.

BROAD and CASSEL
One Biscayne Tower, 21st Floor   2 South Biscayne Blvd. Miami, Florida  33131-1811   305.373.9400

10

**SERVICE LIST**

| | |
|---|---|
| Patrick R. Costello, Esq.<br>Katharine Zoladz, Esq.<br>costellop@sec.gov<br>zoladzK@sec.gov<br>U.S. Securities and Exchange Commission<br>801 Brickell Avenue<br>Suite 1800<br>Miami, FL 33131<br>*Counsel for U.S. Securities and Exchange Commission* | David R. Chase, Esq.<br>david@davidchaselaw.com<br>David R. Chase, P.A.<br>1700 East Las Olas Boulevard<br>Suite 305<br>Fort Lauderdale, FL  33301<br>*Counsel for Defendant Frederic Elm and Relief Defendant Amanda Elm* |
| Christopher Bruno, Esq.<br>cbruno@brunodegenhardt.com<br>Bruno & Degenhardt<br>10615 Judicial Drive<br>Suite 703<br>Fairfax, VA  22030<br>*Counsel for Defendant Frederic Elm and Relief Defendant Amanda Elm* | Grisel Alonso, Esq.<br>galonso@moecker.com<br>Michael Moecker & Associates, Inc.<br>3613 North 29th Avenue<br>Hollywood, FL 33020<br>*Receiver* |

BROAD and CASSEL
One Biscayne Tower, 21st Floor   2 South Biscayne Blvd. Miami, Florida  33131-1811   305.373.9400

11