UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-cv-60082- DIMITROULEAS/SNOW

SECURITIES AND EXCHANGE COMMISSION

        Plaintiff,

v.

FREDERIC ELM f/k/a FREDERIC ELMALEH,
*et al.*,

        Defendants,

and

AMANDA ELM f/k/a AMANDA ELMALEH,

        Relief Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

THIS CAUSE is before the Court *sua sponte*. On March 25, 2015, the Court entered consent judgments as to Defendant Frederic Elm and Relief Defendant Amanda Elm. [DE's 54, 55, 56]. On January 29, 2016, the Court entered consent judgments as to the corporate Defendants Elm Tree Investment Advisors, LLC, Elm Tree Investment Fund LP, Elm Tree 'e'Conomy Fund LP, and Elm Tree Motion Opportunity LP. [DE 137].

Accordingly, it is **ORDERED AND ADJUDGED** that the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 2nd day of February, 2016.

WILLIAM P. DIMITROULEAS
United States District Judge

- 2 -

Copies to:
Counsel of Record