UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-cv-60082-DIMITROULEAS/SNOW

SECURITIES AND EXCHANGE COMMISSION

    Plaintiff,
v.

FREDERIC ELM f/k/a FREDERIC ELMALEH,
et al.,

    Defendants,

and

AMANDA ELM f/k/a AMANDA ELMALEH,

    Relief Defendant.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court in accordance with 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, on Receiver's Tenth Interim Application for Allowance and Payment of Fees and Expenses Incurred by the Receiver and Retained Counsel [DE 245], and the Report and Recommendation of Magistrate Judge Patrick Hunt [DE 248], dated July 8, 2022.  The Court notes that no objections to the Report [DE 248] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 248] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 248] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 248] is hereby **ADOPTED and APPROVED**;

2. The Receiver's Tenth Interim Application for Allowance and Payment of Fees and Expenses Incurred by the Receiver and Retained Counsel [DE 245] is hereby **GRANTED**;

3. The Receiver is authorized to pay to pay $8,277.13 in fees and costs for the Receiver and other professionals at Michael Moecker and Associates, Inc.; $20,310.52 in fees and costs for the Receiver at Grisel Alonso Associates; and $8,597.98 in legal fees and costs for Nelson Mullins Broad and Cassel.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of July, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record